AUGUSTA SOUTHERN RAILWAY CO. *v.* CITY OF TENNILLE.

TURNER, J. 1. The act of December 15, 1900, incorporating the City ot Tennille, in express terms declares that no suit shall be brought against that municipality save in its corporate name, to wit: "The City of Tennille." Acts of 1900, p. 448. sec. 3.

2. It follows that a petition brought, apparently, with a view to seeking relief as against that municipal corporation, but in which process is prayed against the "Mayor and Council of the City of Tennille, a corporation," is not maintainable. *Boon* v. *Mayor & Council of Jackson*, 98 *Ga.* 490 ; *Town of Dexter* v. *Gay*, 115 *Ga.* 765. *Judgment affirmed. All the Justices concur.*

Argued January 14, — Decided March 29, 1904.

Petition.    Before Judge Holden.    Washington superior court. March 5, 1903.

*Evans & Evans,* for plaintiff.    *J. K. Hines,* for defendant.